# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Patrick Schwenke ,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              3:10-cv-376
                                              3:07-cr-79-1

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 28, 2011 Order.

Signed: March 28, 2011

Frank G. Johns, Clerk
United States District Court